## GUARANTY OLD LINE LIFE INS. CO. v. LEONARD.

No. 8601.

Court of Civil Appeals of Texas.   Austin.

Nov. 3, 1937.

A. J. Lewis, of Cameron, for appellee.

PER CURIAM.

Appellant has filed no brief and appellee has filed a brief, and asks that the trial court's judgment be affirmed under Court of Civil Appeals Rule No. 39.   We have examined this brief and the judgment, and find that the latter is one that can be affirmed under the view presented by the appellee, and that the record as presented shows no reversible error.

The trial court's judgment is therefore affirmed.

Affirmed.